| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Specie, Karen K. | 2. Court or Organization U.S. Bankruptcy Court Northern District of Florida | 3. Date of Report 08/05/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Northern District of Florida
110 East Park Ave., Ste 200
Tallahassee, FL 32301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | Akerman Senterfitt 401K Plan (no control - former law firm) |
| 2. 2013 | Specie Law Firm, LLC - as sole attorney and member, entitled to any A/R that may be collected |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Specie Law Firm, LLC - service income (gross to LLC) | $3,600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | �altered▒ - Real Estate Broker |
| 2. | 2013 | ▒altered▒ - Commercial real estate ownership, rental and management |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | 02/08/2013 thru 02/10/2013 | Amelia Island, FL | Educational Seminar, Induction Ceremony | Registration, lodging |
| 2. | Florida Bar Association | 04/25/2013 thru 04/26/2013 | Tampa, FL | Educational Seminar | Lodging, meals, transportation (mileage) |
| 3. | Florida Bar Business Law Organization | 08/30/2013 thru 09/02/2013 | Boca Raton, FL | Mid-Year Committee Meeting | Lodging, meals, transportation (mileage) |
| 4. | National Conference of Bankruptcy Judges | 10/28/2013 thru 11/02/2013 | Atlanta, GA | Annual Conference | Lodging |
| 5. | The Florida Bar Association | 11/06/2013 thru 11/08/2013 | Tampa, Miami, FL | Educational Seminar (speaker on panel) | Lodging, meals, transportation |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Specie, Karen K. | 08/05/2014 |

| | | | | |
|---|---|---|---|---|
| 6. | FLNB | 04/10/2013 | Tallahassee, FL | Preparation of 2012 FDR | Professional fees |
| 7. | FLNB | 1/29/2013 | Pensacola-Panama City, FL | Holding Court | Lodging, meals, transportation |
| 8. | FLNB | 02/26/2013 thru 03/01/2013 | Pensacola-Panama City, FL | Holding Court | Lodging, meals, transporation |
| 9. | FLNB | 03/26/2013 thru 03/28/2013 | Pensacola-Panama City, FL | Holding Court | Lodging, meals, transportation |
| 10. | FLNB | 04/30/2013 thru 05/03/2013 | Savannah, GA | 11th Circuit Judicial Conference | Lodging, meals, transportation |
| 11. | FLNB | 05/28/2013 thru 05/30/2013 | Pensacola-Panama City, FL | Holding Court | Lodging, meals, transportation |
| 12. | FLNB | 06/18/2013 thru 06/20/2013 | Pensacola-Panama City, FL | Holding Court | Lodging, meals, transportation |
| 13. | FLNB | 07/23/2013 thru 07/25/2013 | Pensacola-Panama City, FL | Holding Court | Lodging, meals, transportation |
| 14. | FLNB | 09/25/2013 thru 09/27/2013 | Washington, DC | FJC Educational Seminar or Program | Lodging, meals, transportation |
| 15. | FLNB | 10/15/2013 thru 10/17/2013 | Pensacola-Panama City, FL | Holding Court | Lodging, meals, transportation |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Alarion Bank | Line of Credit - personal | J |
| 2. | Alarion Bank | Line of Credit - business | J |
| 3. | American Express | various credit cards | J |
| 4. | Chase | various credit cards | J |
| 5. | Capital One | various credit cards | J |
| 6. | Drummond Community Bank | Commericial real estate loan (spouse) | N |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alarion Bank - accounts | A | Interest | J | T | | | | | |
| 2. Merchants & Southern Bank - account | A | Interest | K | T | | | | | |
| 3. SunTrust Bank - accounts | A | Interest | J | T | | | | | |
| 4. Capital City Bank - accounts | | None | J | T | | | | | |
| 5. Note Receivable - ▓▓▓ Properties▓ | E | Interest | N | T | | | | | |
| 6. Vacant Lots 3 & 4, Steinhatchee Subd., Taylor Co., FL | | None | K | S | | | | | |
| 7. ▓▓▓▓▓ | E | Distribution | J | U | | | | | |
| 8. ▓▓▓▓▓ | G | Interest | M | T | | | | | |
| 9. Farming operation - Alachua Co., FL | A | Distribution | J | T | | | | | |
| 10. SEP IRA - Raymond James cash equivalent | A | Interest | K | T | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. IRA #6 - FILER (ACCT NAME CORRECTION HERE FORWARD IS #894) | D | Int./Div. | M | T | | | | | |
| 14. -Aston/River Road Div All Cap Value Fund Class I | | | | | Sold | 10/21/13 | J | B | |
| 15. -Capital Income Builder Fund Class F2- American Funds | | | | | Sold | 10/21/13 | J | A | |
| 16. -DWS RReef Global Real Estate Securities FD Class A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -Federated Strategic Value Div Fund Inst. Shares IS | | | | | Sold | 11/18/13 | J | A | |
| 18. -Franklin Income Fund Advisor Class | | | | | Sold | 12/03/13 | J | A | |
| 19. -Legg Mason Clearbridge Equity Income Builder FD CL A | | | | | Sold | 12/27/13 | J | A | |
| 20. -MFS Utilities Fund Class A | | | | | Sold | 11/18/13 | J | A | |
| 21. -Mainstay Epoch Global Equity Yield Fund Class A | | | | | Sold | 12/10/13 | J | A | |
| 22. -Neuberger Berman Equity Yield Fund Class A | | | | | Sold | 11/18/13 | J | A | |
| 23. -Principal Preferred Securities Fund Class P | | | | | Sold | 12/23/13 | J | A | |
| 24. -Prudential Jennison Equity Income Fund Class Z | | | | | Sold | 12/30/13 | J | A | |
| 25. -American Beacon Stephens Small Cap Grown Fund Class Y | | | | | Buy | 8/27/13 | J | | |
| 26. -Artisan Small Cap Value Fund Investor Class | | | | | Buy | 8/27/13 | J | | |
| 27. -Brown Advisory Growth Equity Fund Investor Shares | | | | | Buy | 7/18/13 | K | | |
| 28. -Columbia Acorn Emerging Markets Fund Class Z | | | | | Buy | 5/1/13 | J | | |
| 29. -EuroPacific Growth Fund Class F1- American Funds | | | | | Buy | 10/19/13 | J | | |
| 30. -JPMORGAN Mid Cap Value Fund Institutional Shares | | | | | Buy | 10/19/13 | J | | |
| 31. -John Hancock Disciplined Value Fund Class A | | | | | Buy | 10/19/13 | K | | |
| 32. -JPMORGAN International Value Fund Institutional Class | | | | | Buy | 10/19/13 | J | | |
| 33. -JPMORGAN U.S. Large Cap Core Plus Fund Select Class | | | | | Buy | 10/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -Lazard Emerging Markets Equity Port Institutional SHS | | | | | Buy | 10/19/13 | J | | |
| 35. -MFS International Growth Fund Class I | | | | | Buy | 5/2/13 | J | | |
| 36. -MFS Research Fund Class A | | | | | Buy | 10/19/13 | J | | |
| 37. -Manning & Napier Equity Series | | | | | Buy | 10/19/13 | J | | |
| 38. -Munder International Small-Cap Fund Class Y | | | | | Buy | 10/19/13 | J | | |
| 39. -Southernsun US Equity Fund Institutional Class | | | | | Buy | 8/26/13 | J | | |
| 40. -Prudential Jennison Mid Cap Growth Fund Class Z | | | | | Buy | 10/19/13 | J | | |
| 41. -T. Rowe Price Internatinal Discovery Fund | | | | | Buy | 10/19/13 | J | | |
| 42. -AQR Managed Futures Strategy Fund Class N | | | | | Buy | 4/29/13 | J | | |
| 43. | | | | | | | | | |
| 44. IRA #7 - FILER (ACCT NAME CORRECTION HERE FORWARD IS #870) | A | Int./Div. | M | T | | | | | |
| 45. -Aston/River Road Div All Cap Value Fund Class I | | | | | | | | | |
| 46. -JP Morgan Mid Cap Value Fund Institutional Shares | | | | | Sold | 12/23/13 | J | A | |
| 47. -Janus Venture Fund Class A | | | | | Sold | 08/26/13 | J | A | |
| 48. -JP Morgan International Value Fund Institutional Class | | | | | Sold | 12/23/13 | J | A | |
| 49. -JPMorgan US Large Cap Core Plus Fund Select Class | | | | | Sold | 10/21/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. -Lazard Emerging Markets Equity Port Institutional SHS | | | | | Sold | 12/20/13 | J | A | |
| 51. -Manning & Napier Equity Series | | | | | Sold | 10/21/13 | J | A | |
| 52. -ASG Global Alternatives Fund Class Y | | | | | Sold | 04/29/13 | J | A | |
| 53. -Neuberger Berman Genesis Fund Investor Class | | | | | Sold | 11/18/13 | J | A | |
| 54. -Pimco Commodity Real Return Strategy Fund Class P | | | | | Sold | 04/29/13 | J | A | |
| 55. -T Rowe Price International Discovery Fund | | | | | Sold | 12/19/13 | J | A | |
| 56. -Columbia Marisco Focused Equities Fund Class A | | | | | Sold | 07/15/13 | J | A | |
| 57. -DWS Rreef Global Real Estate Securities FD Class A | | | | | | | | | |
| 58. -Europacific Growth Fund Class F1 - American Funds | | | | | Sold | 04/29/13 | J | A | |
| 59. -John Hancock Disciplined Value Fund Class A | | | | | Sold | 10/21/13 | J | A | |
| 60. -MFS Research Fund Class A | | | | | Sold | 12/18/13 | J | A | |
| 61. -Prudential Jennison Mid Cap Growth Fund Class Z | | | | | Sold | 12/18/13 | J | A | |
| 62. -Munder International Small Cap Fund Class Y | | | | | Sold | 10/21/13 | J | A | |
| 63. -RS International Growth Fund Class Y | | | | | Sold | 04/29/13 | J | A | |
| 64. -Capital Income Builder Fund Class F2- American Funds (X) | | | | | | | | | |
| 65. -Federated Strategic Value Dividend Fund Inst Shares IS (X) | | | | | | | | | |
| 66. -Franklin Income Fund Advisor Class (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. | -Clearbridge Equity Income Fund Class A (X) | | | | | | | | | |
| 68. | -MFS Utilities Fund Class A | | | | | Buy | 11/18/13 | J | | |
| 69. | -Mainstay Epoch Global Equity Yield Fund Class A (X) | | | | | | | | | |
| 70. | -Principal Small Mid Cap Dividend INcome Fund Class P | | | | | Buy | 11/18/13 | J | | |
| 71. | -Principal Preferred Securities Fund Class P | | | | | Buy | 11/18/13 | J | | |
| 72. | -Prudential Jennison Equity Income Fund Class Z (X) | | | | | | | | | |
| 73. | -Geneva Advisors Equity Income Fund Class I | | | | | Buy | 11/20/13 | J | | |
| 74. | | | | | | | | | | |
| 75. | IRA # 2 - SPOUSE | A | Int./Div. | L | T | | | | | |
| 76. | -Ashton River Road Small Cap | | | | | Sold | 08/27/13 | J | A | |
| 77. | -Columbia Marsico | | | | | Sold | 07/18/13 | J | A | |
| 78. | -DWS Rreef Global Real Estate | | | | | | | | | |
| 79. | -Europacific Growth Fund | | | | | | | | | |
| 80. | -J P Morgan Int'l Value | | | | | | | | | |
| 81. | -J P Morgan US Large Cap Core | | | | | | | | | |
| 82. | -Lazard Emerging Markets | | | | | | | | | |
| 83. | -MFS Reserch Fund Class A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. -Manning & Napier Equity | | | | | | | | | |
| 85. -Munder International Small Cap | | | | | | | | | |
| 86. -ASG Global Alternatives | | | | | Sold | 04/30/13 | J | A | |
| 87. -Neuburger Berman Genesis Fund | | | | | Sold | 08/27/13 | J | A | |
| 88. -Pimco Real Commodity Return | | | | | Sold | 04/30/13 | J | A | |
| 89. -Prudential Jennison Mid Cap | | | | | | | | | |
| 90. -RS International Growth Fund | | | | | Sold | 05/02/13 | J | A | |
| 91. -T Rowe Price International | | | | | | | | | |
| 92. -American Beacon Stephens Small Cap Growth Fund Class Y | | | | | Buy | 8/26/13 | J | | |
| 93. -Artisan Small Cap Value Fund Investor | | | | | Buy | 8/26/13 | J | | |
| 94. -Brown Advisory Growth Equity Fund Investor Shares | | | | | Buy | 7/17/13 | J | | |
| 95. -Columbia Acorn Emerging Markets Fund Class Z | | | | | Buy | 5/1/13 | J | | |
| 96. -JPMorgan Mid Cap Value Fund Institutional Shares | | | | | Buy | 5/1/13 | J | | |
| 97. -John Hancock Disciplined Value Fund Class A | | | | | Buy | 1/9/13 | J | | |
| 98. -MFS International Growth Fund Class I | | | | | Buy | 4/29/13 | J | | |
| 99. -Southernsun US Equity Fund Institutional | | | | | Buy | 8/26/13 | J | | |
| 100. -AQR Managed Futures Strategy Fund Class N | | | | | Buy | 4/29/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 08/05/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 08/05/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - LINE 7 - VALUE OF STEINHATCHEE LOTS, TAYLOR COUNTY, FL - per Taylor County Tax Collector assessment for tax year 2013 - $34,300.00

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Karen K. Specie**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544